# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JENNIFER BLACK, AS EXECUTRIX OF THE ESTATE OF ANA T. RAVELO-ORTIZ, DEC, | : | No. 499 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| DREW P. RONNERMANN, M.D. AND POTTSTOWN MEMORIAL MEDICAL CENTER, | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.